IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| REGINALD U. FULLARD, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:18CV383 |
| TWANDA STALEY, et al., | ) ) | |
| Defendant(s). | ) | |

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on May 15, 2018, was served on the parties in this action. Plaintiff objected to the Recommendation.

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be DISMISSED pursuant to 28 U.S.C. § 1915A for being frivolous, for failing to state a claim upon which relief may be granted, and for seeking monetary relief against defendants who are immune from such relief. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 11th day of June, 2018.

/s/ Loretta C. Biggs
United States District Judge